**MADE JS-6**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SCHIFANDO<br><br>PLAINTIFF(S),<br>v.<br><br>SIERRA E. PERRIEN, et al.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV-06-2892-GW(JTLx)<br><br>JUDGMENT ON THE VERDICT |

This action having been tried before this Honorable Court, George H. Wu, District Judge, presiding;  the issues having been duly tried and the Court having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the Plaintiff Paul Schifando take $24,773.31; that the  action be dismissed on the  merits; and  that the Plaintiff Paul Schifando recover of the defendant Sierra E. Perrien its costs of action.

Dated   June 1, 2009

CLERK, U.S. DISTRICT COURT

at 4:30 p.m.

By   Javier Gonzalez

Deputy Clerk

cc:      Counsel of record

CV-44 (11/96)                                    JUDGMENT ON THE VERDICT